# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALAN MCCAFFERY, et al,,
    Plaintiffs,

v.                                    Case No. 14CV877

DIRECTV INC., et al.,
    Defendants.

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **October 10, 2014 at 11:00 a.m.** The court will initiate the call. Counsel must call the court prior to the call at 414/297-1285 to advise of their participation.

Dated at Milwaukee, Wisconsin, this 1st day of October 2014.

                                            s/ Lynn Adelman

                                            LYNN ADELMAN
                                            District Judge